# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Mid−Atlantic Systems of CPA, Inc.,

**Debtor 1**

Chapter 7

Case No. 1:20−bk−02175−HWV

Social Security No.:

Employer's Tax I.D. No.:
25−1838508

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Leon P. Haller**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 12, 2023

**fnldec** (01/22)